155 A.3d 900

SIMMS

v.

UNITED HEALTHCARE COMMUNITY PLAN

Pet. Docket No. 470, Sept. Term, 2016

Court of Appeals of Maryland.

March 27, 2017

(No. 13–C–16–108858, Circuit Court for Howard County).

Petition for writ of certiorari dismissed

■

155 A.3d 900

STACKHOUSE, Cortez Antonio

v.

STATE

Pet. Docket No. 575, Sept. Term, 2016

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 190, Sept. Term, 2015).

Petition for writ of certiorari denied